**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**


<u>United States of America</u>

    **v.**                                              Case No. 06-cr-121- 01-PB

<u>Christopher Aldrich</u>


**<u>O R D E R</u>**

     The defendant, through counsel, has moved to continue the September 6, 2006 trial in the above case.  Defendant cites the need for additional time as he is currently being held in a secure medical facility in South Carolina and his attorney needs additional time to review discovery and prepare a defense.  The government does not object to a continuance of the trial date.

     Accordingly, for the above reasons and in order to allow the parties additional time to properly prepare for trial, the court will continue the trial from September 6, 2006 to November 7, 2006.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance

outweigh the best interests of the public and the defendant in a speedy trial.

The August 31, 2006 final pretrial conference is continued until October 23, 2006 at 4:30 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

August 9, 2006

cc: Sven Wiberg, Esq.
    Terry Ollila, AUSA
    United States Probation
    United States Marshal