### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW HAMPSHIRE

**United States of America**

    **v.**                                                                        Case No. 06-cr-121- 01-PB

**Christopher Aldrich**


### O R D E R

The defendant, through counsel, has moved to continue the November 7, 2006 trial in the above case.  Defendant is currently being held in a medical facility in South Carolina and moves for additional time to allow his attorney to travel there to meet with him, review voluminous discovery, and prepare a defense or consider plea negotiations.  The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and in order to allow the parties additional time to properly prepare for trial, the court will continue the trial from November 7, 2006 to February 6, 2007.  In agreeing to continue the trial, the court finds

pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The October 23, 2006 final pretrial conference is continued until January 18, 2006 at 4:00 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

October 23, 2006

cc:  Sven Wiberg, Esq.
     Terry Ollila, AUSA
     United States Probation
     United States Marshal