```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                             Case No. 06-cr-121-PB

**Christopher Aldrich**

### O R D E R

The defendant, through counsel, has moved to continue the February 6, 2007 trial in the above case, citing the need for additional time to allow defendant to undergo a psychiatric evaluation to determine his ability to enter a plea or competency to stand trial.  Defendant's treating physician at Exeter Hospital has recommended such evaluation.  Counsel further indicates that defendant was found not guilty by reason of insanity in a prior state court case in Delaware.  The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from February 6, 2007 to May 1, 2007.  In

agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The court will hold a final pretrial conference on April 17, 2007 at 3:30 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

February 2, 2007

cc:  Sven Wiberg, Esq.
     Terry Ollila, AUSA
     United States Probation
     United States Marshal