## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

**United States of America**

    **v.**                                                 Case No. 06-cr-121-PB

**Christopher Aldrich**

### O R D E R

    The defendant, through counsel, has moved to continue the September 5, 2007 trial in the above case citing the need for additional time to schedule a hearing on the recently completed psychiatric evaluation of the defendant and to engage in plea negotiations if appropriate. The government does not object to a continuance of the trial date.

    Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from September 5, 1007 to October 10, 2007. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial

The clerk shall set a hearing to address the psychiatric report on September 26, 2007 at 11:00 a.m., followed by the final pretrial conference.

SO ORDERED.

                                        /s/Paul Barbadoro
                                        Paul Barbadoro
                                        United States District Judge

August 30, 2007

cc:   Sven Wiberg, Esq.
      Terry Ollila, AUSA
      United States Probation
      United States Marshal