UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


**United States of America**

    **v.**                                      Case No. 06-cr-121-01-PB

**Christopher Aldrich**


**NOTICE OF RULING**


**Re:  Document No. 40, Motion for Continuance and Evaluation by Defense Expert**


**Ruling:** The motion for evaluation by defense expert is granted. The defendant shall submit a specific proposal for consideration by the court identifying the defense expert and a proposed budget. Defendant shall submit a separate motion for continuance of the trial.


    Entered by:  Paul Barbadoro, District Judge


    Date:  September 24, 2007




cc:  Sven Wiberg, Esq.
     Terry Ollila, AUSA
     United States Marshal
     United States Probation