```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

   **v.**                                    Case No. 06-cr-121-PB

**Christopher Aldrich**


**O R D E R**


The defendant, through counsel, has moved to continue the December 4, 2007 trial in the above case, citing the need for additional time to complete a further psychological evaluation to determine competency and prepare for trial.  The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from December 4, 2007 to January 8, 2008.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The November 26, 2007 final pretrial conference is continued to January 2, 2008 at 3:30 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

November 26, 2007

cc: Sven Wiberg, Esq.
    Terry Ollila, Esq.
    United States Probation
    United States Marshal