UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

        v.                                                Criminal No. 06-cr-121- 01 -PB

Christopher Aldrich

O R D E R

      The defendant has moved to continue the January 8, 2008 trial in the above case. Defendant cites the need for additional time in order for his expert witness to meet with him for the in-person part of the evaluations. The parties are still exploring plea negotiations. The government does not object to a continuance of the trial date.

      Accordingly, in order to allow the parties additional time to continue exploring plea negotiations and to meet for in-person part of the evaluations, the court will continue the trial from January 8, 2008 to April 1, 2008. In agreeing to continue the trial, the count finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The final pretrial conference is continued until March 27 , 2008 at 3:00 PM.

SO ORDERED.


December 30, 2007                              /s/ Paul Barbadoro
                                               Paul Barbadoro
                                               United States District Judge


cc:     Terry Ollila, Esq.
        Sven Wiberg, Esq.
        U. S. Probation
        U. S. Marshal