**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

    **v.**                                                                 Case No. 06-cr-121-PB

<u>Christopher Aldrich</u>

**O R D E R**

The defendant, through counsel, has moved to continue the competency/plea hearing scheduled for March 31, 2008 and the April 1, 2008 trial in the above case.  Defense counsel is presently involved in a complex multi-defendant trial in this court and requires additional time to address the issue of defendant's competency and finalize plea negotiations in advance of trial in this matter.  The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from April 1, 2008 to May 6, 2008.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the

best interests of the public and the defendant in a speedy trial.

The March 31, 2008 competency hearing/change of plea hearing and final pretrial conference is continued to May 1, 2008 at 2:00 p.m.  No further continuances.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

March 28, 2008

cc: Sven Wiberg, Esq.
    Terry Ollila, Esq.
    United States Probation
    United States Marshal